# CONSENT TO SUE UNDER
# THE FAIR LABOR STANDARDS ACT

I, __Doroteo Ponce Chavez__, am an individual formerly employed by __Sevilla Restaurant & Bar__ (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: *Doroteo Ponce Chavez*   Date: 1/8/2025

Name: Doroteo Ponce Chavez