UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOROTEO PONCE CHAVEZ,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

      Plaintiff,

vs.

SEVILLE RESTAURANT AND BAR INC.
    d/b/a SEVILLA RESTAURANT & BAR
JOSE LLOVES, and
BIENVENIDO ALVAREZ.

      Defendants.

---

Case No. 1:25-cv-03871

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )

COUNTY OF NEW YORK )

Jenie Mariani, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age.

On May 19th, 2025 at 1:22 am/**pm** at 62 Charles Street, #4, NY NY 10014 deponent served the within Summons and Complaint: on Jose Lloves, Defendant therein named.

1. [ ] **Individual**: By delivering a true copy of each to said recipient personally; Deponent knew the person served to be the person described as said person by a) photograph or b) admitted to being said person.

2. [ ] **Corporation**: By delivering a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

3. [✓] **Suitable Age and Discretion**: By delivering a true copy of each to Jane Doe - refused to provide name, a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business or [ ] dwelling house (usual place of abode) within the state.

4. [ ] **Affixing to Door**: By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business or [ ] dwelling house (usual place of abode) within the state.

    Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

On the _____ day of _____ at _____
On the _____ day of _____ at _____
On the _____ day of _____ at _____

5. [✓] **Mail Copy**: On May 20th, 2025, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelop marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

6. [✓] **Description**: A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

[✓] Sex: Female
[✓] Color of Skin: White
[✓] Color of Hair: Blonde
[✓] Age: Mid 30's
[✓] Height: 5"6
[✓] Weight: 130-140
[✓] Other Features: Blue eyes

7. [✓] **Military Service**: Deponent asked person spoken to whether the recipient was presently in the military service of the United States Government or the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform or badges.

8. [ ] **Other**: _____.

BY: /s/ Jenie Mariani

SWORN TO ME ON
14th DAY OF May, 2025

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES ON:

ANNE SEELIG-SUHRCKE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2028