UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
DOROTEO PONCE CHAVEZ,                                         :
                                                              :
                      Plaintiff,              :
                                                              :
       -against-                                             :
                                                              :   **25 Civ. 3871 (KPF)(VF)**
SEVILLE RESTAURANT AND BAR INC. d/b/a/                        :
SEVILLA RESTAURANT & BAR, JOSE LLOVES, and                    :
BIENVENIDO ALVAREZ,                                           :
                                                              :
                      Defendants.            :
------------------------------------------------------------------------ X

## MOTION TO WITHDRAW AS COUNSEL

       Gianfranco J. Cuadra, the undersigned counsel, respectfully moves to withdraw as counsel for Defendants Seville Restaurant and Bar Inc. d/b/a Sevilla Restaurant & Bar, Jose Lloves, and Bienvenido Alvarez ("Defendants") in the above-captioned matter, as counsel's last day with the law firm of Pechman Law Group PLLC will be August 15, 2025. Pechman Law Group PLLC will continue to represent Defendants in this matter, without the undersigned, and the granting of this Motion will neither prejudice a party nor affect any scheduled deadlines.

       WHEREFORE, the undersigned counsel respectfully requests that this Court permit him to withdraw as counsel for Defendants in this matter.

Dated:  New York, New York
          August 11, 2025

                                              PECHMAN LAW GROUP PLLC

                                              By: _____
                                                  Gianfranco J. Cuadra (GC-3633)
                                                  Pechman Law Group PLLC
                                                  488 Madison Avenue, 17th Floor
                                                  New York, New York 10022
                                                  Tel.: (212) 583-9500
                                                  Fax.: (212) 409-8763
                                                  cuadra@pechmanlaw.com
                                                  *Attorney for Defendants*