UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOROTEO PONCE CHAVEZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                    Plaintiff,

    v.

SEVILLE RESTAURANT AND BAR INC., *et al.,*

                    Defendants.

**Case No.**: 1:25-cv-03871

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, by their attorneys, Pechman Law Group PLLC, having offered to allow Plaintiff DOROTEO PONCE CHAVEZ ("Plaintiff") to take a judgment against them, in the sum of fifteen thousand dollars ($15,000), inclusive of attorneys' fees and costs in full and final resolution of all claims as detailed in the Complaint, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 30, 2026 and filed as Exhibit A to Docket Number 30;

**WHEREAS**, on March 30, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 30);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff DOROTEO PONCE CHAVEZ, in the sum of $15,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 30, 2026 and filed as Exhibit A to Docket Number 30. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: April 1, 2026
     New York, New York

                                 Hon. Katherine Polk Failla
                                 United States District Judge